UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. CHARLES E. CONLEY  D/O/B 03/17/1950   SBI: 32163A**

---

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. CHARLES E. CONLEY, (D/O/B 03/17/1950) is now confined at the Passaic County Jail, 11 Sheriff's Plaza, Paterson, New Jersey 07501.

2. Said individual will be required at Newark, New Jersey, before the Hon. Faith S. Hochberg, United States District Judge, **on Wednesday, April 8th, 2009, at 11:00 a.m.**, for an **Arraignment on Indictment**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: March 16th, 2009

_____
ANDREW CAREY
ASSISTANT U.S. ATTORNEY

---

## ORDER

Let the Writ Issue.

DATED: March 19, 2009

_____
HON. FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

---

# WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Passaic County Jail, Paterson, New Jersey

WE COMMAND YOU that you have the body of

**CHARLES E. CONELY**

now confined at the Passaic County Jail, be brought before the United States District Court, the Hon. Faith S. Hochberg, U.S. District Judge, in the United States Post Office & Courthouse, Federal Plaza, Newark, New Jersey 07102, on April 8th, 2009, at 11:00 a.m., so that he may appear for an **Arraignment on Indictment** in the above-captioned matter.

WITNESS the Honorable Faith S. Hochberg
United States District Judge
Newark, New Jersey

DATED: 3/19/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk