UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-178 (FSH) |
| v. | |
| CHARLES CONLEY. | **ORDER** |
| Defendant. | |

This matter having come before the Court by Defendant, Charles Conley, on a pro-se Motion for Return of Property (Docket #27) dated April 19, 2010, and the Government having submitted a response dated May 5, 2010; and for good cause shown,

**IT IS** on this 27th day of May, 2010,

**ORDERED** that the gym bag with clothing be returned to the Defendant; it is further

**ORDERED** that the request for the return of the $2,100.00 seized at the time of the arrest is premature as the determination of whether the money will be subject to forfeiture is still pending; it is further

**ORDERED** that the Government shall notify the Court once a determination has been made on the forfeiture claim.

    /s/ Faith S. Hochberg
United States District Judge